No. 475. Burnet, Commissioner of Internal Revenue, v. S. & L. Building Corp. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John MacC. Hudson* for petitioner. *Messrs. Leo H. Hoffman* and *George W. Perper* for respondent.

No. 469. Vancouver Steamship Co., Inc., v. Rice, Administratrix. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Erskine Wood* for petitioner. *Mr. Arthur F. Moulton* for respondent.

Nos. 476 and 477. Heiner, Collector of Internal Revenue, v. Diamond Alkali Co.; and

No. 478. Lewellyn, Formerly Collector, v. Same. December 5, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Norman D. Keller, Paul D. Miller,* and *S. Dee Hanson* for petitioners. *Messrs. John W. Davis, Wm. A. Seifert, Maynard Teall,* and *Marion N. Fisher* for respondent.

No. 492. Puerto Rico v. Russell & Co. et al. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Wm. Cattron Rigby, Fred W. Llewellyn, Charles E. Winter,* and *Blanton Winship* for petitioner. *Mr. Francis E. Neagle* for respondents.